UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| FIVE POINTS HEALTHCARE OF NC, LLC, )<br>　　　　　　Plaintiff, )<br>)<br>vs. )<br>)<br>XAVIER BECERRA and CHIQUITA )<br>BROOKS-LASURE, )<br>)<br>　　　　　　Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:22-CV-81-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 22] and DISMISSES the action WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

This Judgment filed and entered on April 13, 2023, and copies to:
Knicole C. Emanuel　(via CM/ECF electronic notification)
Chelsea W Draper　(via CM/ECF electronic notification)

April 13, 2023　　　　　　　　　　　　　　　　　Peter A. Moore, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　By: /s/ Stephanie Mann
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk